IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. GERSTEIN,<br><br>  Plaintiff,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>  Defendants. | No. C-06-4643 MMC<br><br>**ORDER EXTENDING DEADLINE TO RESPOND TO FOIA REQUESTS** |

Before the Court is defendants' motion, pursuant to Civil L.R. 6-3, for enlargement of time to respond to plaintiff's FOIA requests. Because plaintiffs' response to the motion is not due until December 28, 2006, see Civil L.R. 6-3(c), and the current deadline for defendants to respond to plaintiff's FOIA requests is December 29, 2006, the Court hereby EXTENDS the deadline to January 5, 2007, to afford the Court sufficient time to consider the parties' arguments.

**IT IS SO ORDERED.**

Dated: December 22, 2006

MAXINE M. CHESNEY
United States District Judge