Joshua A. Gerstein
814 Potrero Avenue
San Francisco, CA 94110
Tel.: (415) 695-0484
Fax.: (415) 449-3551
E-mail: jagerstein@aol.com
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Joshua A. Gerstein,

    Plaintiff,

v.

Central Intelligence Agency, et al.,

    Defendants.

Case No. C-06-04643-MMC

[PROPOSED] ORDER

Upon consideration of the arguments presented by the parties, Defendants' Motion for Enlargement of Time is GRANTED in part.

Defendants and components of Defendants shall disclose all non-exempt records and portions of records responsive to Plaintiff's Freedom of Information Act requests no later than the dates set forth below:

| | |
|---|---|
| Department of Justice ("DOJ") Office of Information and Privacy | January 29, 2007 |
| Central Intelligence Agency | February 28, 2007 |
| DOJ's Criminal Division, Department of Defense ("DOD"), and Federal Bureau of Investigation ("FBI") | April 27, 2007 |

Proposed Order                                         -1-
Gerstein v. Central Intelligence Agency et al., C-06-04643-MMC

1     Defendants DOD, FBI, and DOJ's Criminal Division shall produce to Plaintiff and file with this
2 Court no later than February 28, 2007, a report on Defendants' progress in processing Plaintiff's
3 requests. Defendant FBI shall include in such report a description of its efforts to locate any missing
4 files believed responsive to Plaintiff's requests.

5 ~~The Court's Order of December 22, 2006 is VACATED with respect to the agencies and~~
6 ~~components named above.~~

7     SO ORDERED.

8
9 Date: _____JAN X 4 2007_____                                _____
                                                                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA A. GERSTEIN,

    Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY et al,

    Defendant.

Case Number: CV06-04643 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlotta P. Wells
Senior Trial Counsel
Federal Programs Branch
 Civil-Division-Room 7150
20 Massachusetts Avenue, NW
P.O. Box 883
Washington, DC 20044

Joshua A. Gerstein
814 Potrero Avenue
San Francisco, CA 94110

Dated: January 4, 2007

                              Richard W. Wieking, Clerk

                              *Tracy Lucero*

                              By: Tracy Lucero, Deputy Clerk