**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSHUA A. GERSTEIN,                        No. C-06-4643 MMC

12                  Plaintiff,                  **ORDER GRANTING PLAINTIFF'S**
                                                **MOTION FOR ORDER SHORTENING**
13        v.                                    **TIME**

14   CENTRAL INTELLIGENCE AGENCY, et al.,       (Docket Nos. 43, 44)

15                  Defendants.

16   _____/

17

18        Before the Court is plaintiff's motion, filed July 2, 2007, to require defendant Federal

19   Bureau of Investigation ("FBI") to file a further report regarding the status of its expedited

20   processing of plaintiff's request under the Freedom of Information Act ("FOIA").  Further, by

21   said motion, plaintiff seeks a stay of the July 16, 2007 deadline for the parties to file a joint

22   status report with respect to a proposed schedule for the filing and briefing of motions

23   regarding the adequacy of all defendants' responses to plaintiffs' FOIA requests.  Lastly,

24   plaintiff seeks an order shortening time for the hearing of the above-referenced motion.

25        For good cause shown, the motion to shorten time is hereby GRANTED.  No later

26   than July 13, 2007, the FBI shall file a response to plaintiff's motion to require the FBI to file

27   a further report regarding the status of its expedited processing of plaintiff's FOIA request.

28   No later than July 20, 2007, plaintiff may file a reply.  The motion will be taken under

     submission as of July 20, 2007 and determined without a hearing unless the Court, after

1   reviewing the parties' submissions, determines that oral argument would assist the Court.

2   The July 16, 2007 deadline for the parties to file a joint status report with respect to a

3   proposed schedule for the filing and briefing of motions regarding the adequacy of all

4   defendants' responses to plaintiffs' FOIA requests is hereby VACATED, and will be reset

5   after the Court rules on the above-referenced motion.

6      **IT IS SO ORDERED.**

7   Dated: July 5, 2007                                          MAXINE M. CHESNEY
                                                                 United States District Judge