PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

JOHN R. TYLER
CARLOTTA P. WELLS
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>    et al.,<br><br>    Defendant. | Case No. C 06-04643 MMC<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES AND TO EXCEED PAGE LIMITATION AND ~~PROPOSED~~ ORDER THEREON** |

The parties hereby stipulate to a 10-day extension of the briefing deadlines set pursuant to the Court's Minute Entry following the June 1, 2007 Continued Case Management Conference, and also to exceed by 50 pages the page limits under Local Rule 7-4(b) for defendants' motion for partial summary judgment and plaintiff's opposition thereto. The bases for this stipulation are as follows:

1. Pursuant to the June 1 Minute Entry, defendants' motion for partial summary judgment (addressing issues regarding the agencies' searches for documents responsive to plaintiff's

requests under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the exemptions applied to withhold responsive information in non-case or non-investigation specific documents) is due to be filed on July 23, 2007; plaintiff's opposition and cross motion for partial summary judgment is to be filed on August 27, 2007; defendants' reply is due on September 17, 2007; and plaintiff's reply is to be filed on October 1, 2007.

2. Plaintiff's requests for information relating to unauthorized disclosures of classified information and referrals to the Department of Justice in connection with such "leaks" connotes that more than one of the defendant agencies may have an equity in the information contained in responsive documents. Defendants require additional time to file their motion for partial summary judgment due, in part, to the time involved for intra-agency coordination, between agency attorneys and their clients regarding the collection and assimilation of the information necessary to support defendants' positions, as well as inter-agency coordination, with respect to documents referred from one agency to another, regarding responsibility for providing the rationale for applying a FOIA exemption to a document or portion of a document. Defendants also require additional time due to unforeseen events in several cases to which undersigned counsel is assigned, which have demanded significant time and attention. No previous extensions have been sought in connection with the briefing schedule for defendants' motion for partial summary judgment.

3. Plaintiff stipulates to the request for a 10-day extension of time for defendants to file their opening brief, or until August 2, 2007. The parties also stipulate to shift the other briefing deadlines accordingly: September 6, 2007 for plaintiff's opposition and cross partial summary judgment motion; September 27, 2007 for defendants' reply; and October 11, 2007 for plaintiff's reply.

4. The parties further stipulate that it is necessary in this case to exceed the 25-page limit for memoranda of points and authorities in support of and in opposition to civil motions, as set forth in Local Rule 7-4(b). Additional pages are necessary in order to adequately address the issues raised by the responses to plaintiff's FOIA requests by 12 components or agencies. Indeed, for each component or agency, defendants must set forth information relating to the processing of plaintiff's requests; the search conducted to identify, locate, and process responsive documents;

and the bases for withholding information under various FOIA exemptions. The parties agree to exceed the page limits by 50 pages (allowing 75 pages for the opening and opposition briefs in ths case).

Accordingly, the parties stipulate to extend the briefing deadlines by 10 days and to exceed the page limits by 50 pages.

Respectfully submitted,

JOSHUA GERSTEIN

Plaintiff

Dated: July 18, 2007

PETER D. KEISLER
Assistant Attorney General

Carlotta P. Wells
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch

Dated: July 20, 2007

## [~~PROPOSED~~] ORDER

Upon consideration of the parties' stipulation, the briefing deadlines set by the June 1, 2007 Minute Order are extended by 10 days, to reflect the following deadlines: August 2, 2007 for defendants' motion for partial summary judgment; September 6, 2007 for plaintiff's opposition and cross motion for partial summary judgment; September 27, 2007 for defendants' reply; and October 11, 2007 for plaintiff's reply.  Further, the parties will be permitted up to ~~75~~ 40 pages for the opening and opposition briefs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 23, 2007

_____
MAXINE M. CHESNEY
United States District Judge

STIPULATION TO EXTEND DEADLINES AND EXCEED PAGE LIMITS
Case No. C 06-04643 MMC                    -4-