IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. GERSTEIN, | No. C-06-4643 MMC |
| Plaintiff, | **ORDER AFFORDING DEFENDANTS LEAVE TO FILE DECLARATION** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | |

    Before the Court is plaintiff's administrative motion, filed November 9, 2007, pursuant to Civil Local Rule 79-5(d), to seal information designated as confidential by defendant National Security Agency ("NSA"). The Court will defer ruling on said motion to afford defendant NSA the opportunity to file, no later than November 30, 2007, a declaration indicating whether the subject information should be filed under seal.

    **IT IS SO ORDERED.**

Dated: November 21, 2007

MAXINE M. CHESNEY
United States District Judge