IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. GERSTEIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-06-4643 MMC<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL** |

　　　Before the Court is plaintiff's administrative motion, filed November 9, 2007, pursuant to Civil Local Rule 79-5(d), to seal information designated as confidential by defendant National Security Agency ("NSA"). On November 21, 2007, the Court deferred ruling on said motion to afford NSA the opportunity to file a declaration, which declaration was filed on November 30, 2007.

　　　Having reviewed plaintiff's motion and the declaration filed on NSA's behalf, the Court finds NSA has shown the Eighth Declaration of Joshua A. Gerstein, and exhibits thereto, contain material properly filed under seal, and, accordingly, the motion is GRANTED.

　　　**IT IS SO ORDERED.**

Dated: December 4, 2007　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge