Joshua A. Gerstein
985 El Cajon Way
Palo Alto, CA 94303
Tel.: (650) 565-8981
Fax: (415) 449-3551
E-mail: jagerstein@aol.com
Plaintiff, Pro Se

FILED

DEC 0 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Joshua A. Gerstein,

    Plaintiff,

    v.

Central Intelligence Agency, et al.,

    Defendants.

Case No. C-06-04643-MMC

### STIPULATION TO CONTINUE HEARING ON MOTIONS

Plaintiff Joshua A. Gerstein and Defendants Central Intelligence Agency et al. hereby stipulate and request to continue the hearing for summary judgment and related motions in the above-entitled action from January 4, 2008 at 9 A.M. to January 11, 2008 at 9 A.M., or such other time convenient for the Court.

Plaintiff seeks to re-set the hearing because work duties require him to be in Iowa on January 3, 2008 and preclude him from attending the hearing as currently scheduled. See Ninth Declaration of Joshua A. Gerstein, ¶¶ 2-3.

1. Defendants have agreed to the requested continuance.

Respectfully Submitted,

Joshua A. Gerstein
Plaintiff, Pro Se
985 El Cajon Way
Palo Alto, CA 94303
Tel.: (650) 565-8981
Fax.: (415) 449-3551
E-mail: jagerstein@aol.com

Date: December 3, 2007

Carlotta P. Wells
Attorney for Defendants CIA et al.
U.S. Department of Justice
Federal Programs Branch
Civil Division, Room 7150
20 Massachusetts Avenue, NW
P.O. Box 883
Washington, DC 20044
Tel.: (202) 514-4522
Fax.: (202) 616-8470

Date: December 3, 2007

[PROPOSED] ORDER

For good cause appearing and pursuant to stipulation, the scheduled motions hearing in this matter is continued to January 11, 2008 at 9 A.M.

Date: DEC 5 2007

United States District Judge

Stipulation to Continue Hearing                -2-
Gerstein v. Central Intelligence Agency et al., C-06-04643-MMC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA A. GERSTEIN,

        Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY et al,

        Defendant.
_____/

Case Number: CV06-04643 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joshua A. Gerstein
985 El Cajon Way
Palo Alto, CA 94303

Dated: December 6, 2007

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk