IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA GERSTEIN, | No. C-06-4643 MMC |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants | |

It is HEREBY ORDERED that defendant's Motion for Partial Summary Judgment, plaintiff's Cross-Motion for Partial Summary Judgment Against Defendant Department of Justice, plaintiff's Motion for More Definite Statement from Defendant NSA Regarding Scope of Search, and plaintiff's Motion for In Camera Review and Limited Discovery are referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California, to be heard and considered at the convenience of his calendar.

The parties will be advised of the date, time and place of the hearing on said motions by notice from Judge Nielsen's chambers.

**IT IS SO ORDERED.**

Dated: January 15, 2008

_____
MAXINE M. CHESNEY
United States District Judge