UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA GERSTEIN,<br><br>    Plaintiff,<br><br> -vs-<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>    Defendants. | NO. C-06-4643 MMC<br><br>ORDER |

A telephonic conference call was held on January 17, 2008. Joshua Gerstein appeared *pro se*; Carlotta Wells participated on behalf of the Defendant. The Court explained that the Plaintiff's Cross-Motion for Partial Summary Judgment (Ct. Rec. 61), Plaintiff's Motion for More Definite Statement from Defendant NSA Regarding Scope of Search (Ct. Rec. 62), Plaintiff's Motion for In Camera Review and Limited Discovery (Ct. Rec. 63) and Defendants' Motion for Partial Summary Judgment (Ct. Rec. 51) have been referred to the undersigned for disposition. Accordingly,

**IT IS ORDERED** that Plaintiff's Cross-Motion for Partial Summary Judgment (Ct. Rec. 61), Plaintiff's Motion for More Definite Statement from Defendant NSA Regarding Scope of Search (Ct. Rec. 62), Plaintiff's Motion for In Camera Review and Limited Discovery (Ct. Rec. 63) and Defendants' Motion for Partial Summary Judgment (Ct. Rec. 51) shall be noted for telephonic hearing on **Tuesday, February 19, 2008 at 1:30 p.m.** The parties shall call 509-458-6381 to participate in the hearing. Argument shall be limited to one hour.

ORDER - 1

The Clerk of Court is directed to file this Order and provide copies to counsel.

**DATED** this 17th day of January, 2008.

                                            s/ Wm. Fremming Nielsen
                                            WM. FREMMING NIELSEN
01-17                     SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2