IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. GERSTEIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>　　　　　Defendants.<br>_____ / | No. C-06-4643 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the parties' pending cross-motions for summary judgment, scheduled for hearing February 19, 2008 before the Honorable Wm. Fremming Nielsen, the Case Management Conference scheduled to be conducted February 1, 2008 before the undersigned is hereby CONTINUED to April 18, 2008, in Courtroom 7. A Joint Case Management Statement shall be filed no later than April 11, 2008.

**IT IS SO ORDERED.**

Dated: January 28, 2008

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge