IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA GERSTEIN,

    Plaintiff,

  v.

CENTRAL INTELLIGENCE AGENCY, et al.,

    Defendants

                                          /

No. C-06-4643 MMC

**ORDER WITHDRAWING REFERENCE; SETTING HEARING**

By order filed January 15, 2008, defendant's Motion for Partial Summary Judgment, plaintiff's Cross-Motion for Partial Summary Judgment Against Defendant Department of Justice, plaintiff's Motion for More Definite Statement from Defendant NSA Regarding Scope of Search, and plaintiff's Motion for In Camera Review and Limited Discovery were referred to the Honorable Wm. Fremming Nielsen, Senior Judge, United States District Court for the Eastern District of Washington, sitting by designation in the Northern District of California. In light of a recent change in the Court's trial schedule, the reference is hereby WITHDRAWN.

The motions are hereby set for hearing before the undersigned on April 4, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 7, 2008

                                        MAXINE M. CHESNEY
                                        United States District Judge