**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. GERSTEIN, | No. C-06-4643 MMC |
| Plaintiff, | **ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | |

In light of the lengthy briefs and voluminous supporting documents submitted by the parties with respect to their cross-motions for summary judgment, the hearing on the matter scheduled for hearing April 4, 2008 is hereby CONTINUED to May 9, 2008. Further, the Case Management Conference scheduled to be conducted April 18, 2008 is hereby CONTINUED to May 23, 2008. A Joint Case Management Statement shall be filed no later than May 16, 2008.

**IT IS SO ORDERED.**

Dated: April 3, 2008

MAXINE M. CHESNEY
United States District Judge