JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director
CARLOTTA P. WELLS
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>    Defendants. | Case No. C 06-04643 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING AND CASE MANAGEMENT CONFERENCE |

The parties hereby stipulate and request as follows:

1. By Order dated April 3, 2008, the Court continued the motion hearing until May 9, 2008 at 9:00 a.m. and the case management scheduling conference until May 23, 2008 at 10:30 a.m.

2. Due to long-scheduled personal commitments, counsel for the government is unavailable on May 9, 2008, the date of the continued motion hearing, and also on May 16, 2008. For this reason, counsel for the government contacted plaintiff to determine if he would stipulate

to postponing the motion hearing. Plaintiff stated he had no objection, as long as the case management conference also was postponed to a date no less than two weeks after the motion hearing.

3. Accordingly, the parties request that the motion hearing be continued to May 23, 2008 at 9:00 a.m. and that the case management conference be continued to June 6, 2008 at 10:30 a.m., or later dates acceptable to the Court. The parties further stipulate that the joint case management report will be filed no later than 10 days prior to the case management conference (*i.e.*, on May 27, 2008 if the conference is rescheduled for June 6, 2008).

IT IS SO STIPULATED.

Respectfully submitted,

JOSHUA GERSTEIN

/s/ 

Plaintiff

Dated: April 28, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

/s/ Carlotta P. Wells

Carlotta P. Wells
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch

Dated: April 28, 2008

Stip. And [Proposed] Order Continuing Motion Hrg & Case Man. Conf.
Case No. C 06-04643 MMC
-2-

TOTAL P.02

## [PROPOSED] ORDER

Upon the stipulation of the parties and good cause appearing, the motion hearing is postponed to ~~May 23~~ May 30, 2008 at 9:00 a.m. and the case management conference is postponed to ~~June 6~~ June 20, 2008 at 10:30 a.m. The joint case management report shall be filed on or before ~~May 27~~ June 13, 2008.

IT IS SO ORDERED.

Dated: April 28, 2008    
MAXINE C. CHESNEY
United States District Judge

Stip. And [Proposed] Order Continuing Motion Hrg & Case Man. Conf.
Case No. C 06-04643 MMC                        -3-