IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. GERSTEIN, | No. C-06-4643 MMC |
| Plaintiff, | **ORDER VACATING MAY 30, 2008 HEARING** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | |

Before the Court are defendant's Motion for Partial Summary Judgment, plaintiff's Cross-Motion for Partial Summary Judgment Against Defendant Department of Justice, plaintiff's Motion for More Definite Statement from Defendant NSA Regarding Scope of Search, and plaintiff's Motion for In Camera Review and Limited Discovery. The matters have been fully briefed. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matters appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the May 30, 2008 hearing.

**IT IS SO ORDERED.**

Dated: May 28, 2008

MAXINE M. CHESNEY
United States District Judge