Joshua A. Gerstein
985 El Cajon Way
Palo Alto, CA 94303
Tel.: (650) 565-8981
Fax: (415) 449-3551
E-mail: jagerstein@aol.com
Plaintiff, Pro Se

FILED

JUN 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Joshua A. Gerstein,

    Plaintiff,

v.

Central Intelligence Agency, et al.,

    Defendants.

Case No. C-06-04643-MMC

**STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Plaintiff Joshua A. Gerstein and Defendants Central Intelligence Agency et al. hereby stipulate, pursuant to Civil L.R. 6-2, to continue the case management conference set for June 20, 2008 at 10:30 A.M and the related case management report due June 13, 2008.

    By order dated April 28, 2008, the Court set the above case management conference and report dates.

    Plaintiff would like to narrow, preferably by agreement with the Defendants, the number of documents to be addressed in a future motion for partial summary judgment. However, it is difficult to

Stipulation to Continue Case Management Conference   -1-
Gerstein v. Central Intelligence Agency et al., C-06-04643-MMC

1. craft a proposal to reduce the number of disputed documents prior to receiving a ruling from the Court
2. on the pending cross-motions for summary judgment which may implicate some of the same legal and
3. factual issues. In order to avoid repeated filings to extend the deadlines, Plaintiff proposes that the filing
4. of a further case management report be deferred until two weeks after the Court rules on the pending
5. motions and that a further case management conference be held at the Court's first regular Friday 10:30
6. A.M. session at least three weeks after the Court rules on the pending motions. In the alternative,
7. Plaintiff would propose that the Court vacate the current deadlines and set new deadlines when ruling
8. on the pending motions.
9. Defendants have agreed to stipulate to the continuance described above.

Respectfully Submitted,

*/s/ Joshua A. Gerstein*

Joshua A. Gerstein
Plaintiff, Pro Se
985 El Cajon Way
Palo Alto, CA 94303
Tel. (650) 565-8981
Fax (415) 449-3551
E-mail: jagerstein@aol.com

*/s/ Carlotta P. Wells*

Carlotta P. Wells
U.S. Department of Justice
Federal Programs Branch
Civil Division, Room 7150
20 Massachusetts Avenue, NW
P.O. Box 883
Washington, DC 20044
Tel. (202) 514-4522
Fax (202) 514-8470

Date: June 10, 2008

28. Stipulation to Continue Case Management Conference   -2-
Gerstein v. Central Intelligence Agency et al., C-06-04643-MMC

1  [~~PROPOSED~~] ORDER

2  For good cause appearing and pursuant to stipulation, the further case management report presently
3  due June 13, 2008 shall be due two weeks after the Court rules on the pending motions for partial
4  summary judgment. The further case management conference set for June 20, 2008 is continued to the
5  Court's first regular Friday 10:30 A.M. session at least three weeks after said rulings are entered.

7  SO ORDERED.

9  Date: **JUN 1 7 2008**

   United States District Judge

28  Stipulation to Continue Case Management Conference   -3-
    Gerstein v. Central Intelligence Agency et al., C-06-04643-MMC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA A. GERSTEIN,

Plaintiff,

v.

CENTRAL INTELLIGENCE AGENCY et al,

Defendant.
_____/

Case Number: CV06-04643 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joshua A. Gerstein
985 El Cajon Way
Palo Alto, CA 94303

Dated: June 17, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk