GREGORY A. KATSAS
Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

JOHN R. TYLER
CARLOTTA P. WELLS
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN,<br><br>      Plaintiff,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>    et al.,<br><br>      Defendants. | Case No. 06-04643 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER DISMISSING CERTAIN**<br>**PENDING CLAIMS ; ORDER**<br>**CONTINUING CASE MANAGEMENT**<br>**CONFERENCE** |

The parties hereby stipulate and request as follows:

1. By Order dated September 26, 2008, the Court issued a Memorandum Opinion and Order with respect to defendants' motion for partial summary judgment, plaintiff's motion for partial summary judgment, plaintiff's motion for more definite statement, and plaintiff's motion for in camera review and limited discovery. The motions pending before the Court, which were

1  resolved (with two exceptions) by the September 26 Order, related to non-case specific records
2  that the government had withheld in response to plaintiff's requests for documents regarding leak
3  investigations under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.
4      2. By stipulation and Order (docket #s 40, 41), the parties agreed to address issues
5  relating to case specific documents withheld as exempt in response to plaintiff's FOIA requests
6  after the Court addressed the non-case specific documents.
7      3. On September 30, 2008, the Court scheduled a Status Conference on October 17, 2008
8  and ordered the parties to submit a Joint Status Report by October 10, 2008 (docket # 100).
9      4. In lieu of a Joint Status Report, the parties submit the instant Stipulation Dismissing
10  Certain Pending Claims.
11      5. The parties hereby stipulate to dismiss, with prejudice, plaintiff's claims relating to
12  case-specific documents withheld in response to his FOIA requests pertaining to leak
13  investigations.
14      6. As a result of the dismissal of the case-specific claims, the only issues remaining in
15  this case are those set forth in the September 26 Order.
16      IT IS SO STIPULATED.
17  Respectfully submitted,

| JOSHUA GERSTEIN | GREGORY A. KATSAS |
| --- | --- |
|  | Assistant Attorney General |
| _____/s/_____ | _____/s/_____ |
| Plaintiff | Carlotta P. Wells |
|  | Senior Trial Counsel |
|  | United States Department of Justice |
|  | Civil Division |
|  | Federal Programs Branch |
| Dated: October 10, 2008 | Dated: October 10, 2008 |

Stip. and [Proposed] Order Dismissing Certain Pending Claims
Case No. C 06-04643 MMC                    -2-

## [PROPOSED] ORDER

Upon the stipulation of the parties and good cause appearing, plaintiff's claims relating to case-specific documents withheld in response to his FOIA requests pertaining to leak investigations are dismissed, with prejudice. As a result of the dismissal of the case-specific claims, the only issues remaining in this case are those set forth in the September 26, 2008 Order.

IT IS SO ORDERED.  Further, the Case Management Conference is continued to March 6, 2009.

Dated: October 14, 2008

_____
MAXINE C. CHESNEY
United States District Judge