GREGORY A. KATSAS
Assistant Attorney General

KEVIN V. RYAN
United States Attorney

JOHN R. TYLER
Assistant Branch Director
CARLOTTA P. WELLS
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN, | Case No. C 06-04643 MMC |
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANTS' BRIEFING DEADLINE FOR RENEWED MOTION FOR SUMMARY JUDGMENT ; ORDER** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendant. | |

    The parties hereby stipulate to an additional 30-day extension of the deadline for defendants' renewed motion for summary judgment, the deadline for which presently is December 5, 2008. The bases for this stipulation are as follows:

    1. Pursuant to the Court's September 26, 2008 Order, defendants were to file a renewed motion for summary judgment with respect to two categories of documents: (1) the withholding by the Central Intelligence Agency (CIA) of fourteen documents referred by the Department of Justice (DOJ) pursuant to Exemption 3 of the Freedom of Information Act (FOIA), 5 U.S.C. §

STIPULATION TO EXTEND DEFS.' BRIEFING DEADLINE FOR RENEWED SJ
Case No. C 06-04643 MMC

552; and (2) the withholding of documents by the Office of Professional Responsibility (OPR), an office within DOJ. The September 26 Order allowed defendants the opportunity to supplement their motions for summary judgment in order to further explain the bases for applications of FOIA Exemptions to these two categories of documents by November 21, 2008.

2. On November 17, 2008, defendants sought a two-week extension of time, until December 5, 2008. The Court granted the extension by minute order on November 18, 2008. At the time that motion was filed, undersigned counsel had been advised that two weeks would be a sufficient amount of time for the CIA and OPR to complete preparation of their documents in support of the renewed motion for summary judgment.

3. CIA has provided counsel with the necessary information.

4. Counsel has not yet received all of the necessary information from OPR. Due to turnover in staff (both the paralegal and the attorney who prepared OPR's response to plaintiff's FOIA request have retired from the government since defendants filed their motion for partial summary judgment in August 2007), it is a time-consuming and difficult task to identify the universe of documents withheld, either in full or in part, in response to plaintiff's FOIA request. Once the universe has been identified, OPR will draft a new declaration and <u>Vaughn</u> index in support of the renewed motion for summary judgment. To ensure adequate time to prepare an accurate and comprehensive declaration and index, defendants request a period of up to 30 days, or until January 5, 2009, to file their renewed motion for summary judgment.

5. On December 3, 2008, defendants' counsel contacted plaintiff, advising him that the government needed more time to file a renewed motion for summary judgment with respect to OPR, but that the government could proceed with filing a motion on December 5 with respect to the CIA. In response, plaintiff has stipulated to a 30-day extension of time and further indicated he preferred keeping the deadlines for both CIA and OPR aligned.

Accordingly, the parties stipulate to extend the defendants' briefing deadline by 30 days, or until January 5, 2009.

Respectfully submitted,

| JOSHUA GERSTEIN | GREGORY A. KATSAS |
| --- | --- |
| | Assistant Attorney General |
| /s/ | /s/ |
| Plaintiff | Carlotta P. Wells |
| | Senior Trial Counsel |
| | United States Department of Justice |
| | Civil Division |
| | Federal Programs Branch |
| Dated: December 4, 2008 | Dated: December 4, 2008 |


## [~~PROPOSED~~] ORDER

Upon consideration of the parties' stipulation, the deadline for the government's renewed motion for summary judgment is extended by 30 days, to reflect that defendants' renewed motion for summary judgment is due no later than January 5, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 5, 2008    
MAXINE M. CHESNEY
United States District Judge