IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA GERSTEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>    Defendants. | No. C-06-4643 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT** |

On January 5, 2009, defendants filed a Renewed Motion for Summary Judgment. The motion was not noticed for hearing.

Accordingly, the Court sets the following briefing schedule and hearing date for the motion:

1. Plaintiff's opposition shall be filed no later than February 6, 2009.
2. Defendants' reply shall be filed no later than February 20, 2009.
3. The hearing on the motion shall be on March 20, 2009.

**IT IS SO ORDERED.**

Dated: January 6, 2009

                                        MAXINE M. CHESNEY
                                        United States District Judge