MICHAEL F. HERTZ
Acting Assistant Attorney General

KEVIN V. RYAN
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
CARLOTTA P. WELLS
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>et al., )<br>)<br>Defendant. )<br>_____ ) | Case No. C 06-04643 MMC<br><br>**STIPULATION TO EXTEND DEFENDANTS' BRIEFING DEADLINE FOR FILING REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT ; ORDER THEREON** |

The parties hereby stipulate to a one-week extension of the deadline for defendants' reply in support of renewed motion for summary judgment, set pursuant to the Court's January 6, 2009. The bases for this stipulation are as follows:

1. On February 6, 2009, plaintiff filed not only his opposition to defendants' renewed motion for summary judgment, but also a motion to modify stipulation and order dismissing certain pending claims and a motion for partial summary judgment against defendant Central Intelligence Agency. Pursuant to the January 6 Order, defendants were to file the reply as to the

STIP. TO EXTEND DEFS.' DEADLINE FOR RENEWED SJ REPLY
Case No. C 06-04643 MMC

renewed motion for summary judgment by February 20, 2009.

2. Since receipt of plaintiff's papers, defendants' counsel has been coordinating the government's responses thereto. In addition to being busy with other cases and matters to which she is assigned, government counsel has not yet received all of the information necessary for preparation of the reply from the Office of Professional Responsibility. Therefore, a one-week extension is necessary in order to submit a complete and appropriate reply brief. Defendants also will file their responses to plaintiff's two motions on the same date.

3. Plaintiff stipulates to the request for a one-week extension of time, or until February 27, 2009, for defendants to file their papers.

Accordingly, the parties stipulate to extend the defendants' briefing deadline by one week, or until February 27, 2009.

Respectfully submitted,

JOSHUA GERSTEIN                                    MICHAEL F. HERTZ
                                                   Acting Assistant Attorney General


/s/                                                /s/
Plaintiff                                          Carlotta P. Wells
                                                   Senior Trial Counsel
                                                   United States Department of Justice
                                                   Civil Division
                                                   Federal Programs Branch


Dated: February 19, 2009                           Dated: February 19, 2009

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulation, the briefing deadline set by the January 6, 2009 Order is extended by one week, to reflect that defendants' reply in support of their renewed motion for summary judgment is due no later than February 27, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 20, 2009    
_____
MAXINE M. CHESNEY
United States District Judge