IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. GERSTEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>    Defendants. | No. C-06-4643 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the parties' pending motions for summary judgment, scheduled for hearing March 20, 2009, and plaintiff's pending Motion to Modify Stipulation and Order Dismissing Certain Pending Claims, likewise scheduled for hearing March 20, 2009, the Case Management Conference scheduled for March 6, 2009 is hereby CONTINUED to May 22, 2009 at 10:30 a.m. A Joint Case Management Statement shall be filed no later than May 15, 2009.

**IT IS SO ORDERED.**

Dated: March 3, 2009

MAXINE M. CHESNEY
United States District Judge