IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA GERSTEIN, | No. C-06-4643 MMC |
| Plaintiff, | **ORDER VACATING MARCH 20, 2009 HEARINGS** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. / | |

Before the Court are defendants' Renewed Motion for Summary Judgment, filed January 5, 2009 and scheduled for hearing March 20, 2009, plaintiff's Cross-Motion for Partial Summary Judgment and Opposition, in Part, to Defendants' Renewed Motion for Summary Judgment, filed February 6, 2009 and noticed for hearing March 20, 2009, plaintiff's Motion to Modify Stipulation and Order Dismissing Certain Claims, filed February 6, 2009 and noticed for hearing March 20, 2009, and plaintiff's Motion for Partial Summary Judgment against Defendant Central Intelligence Agency, filed February 6, 2009 and noticed for hearing March 20, 2009.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for decision thereon and hereby VACATES the March 20, 2009 hearings.

**IT IS SO ORDERED.**

Dated:  March 17, 2009

_____
MAXINE M. CHESNEY
United States District Judge