**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSHUA A. GERSTEIN,                                    No. C-06-4643 MMC

        Plaintiff,                                **ORDER CONTINUING CASE**
                                                  **MANAGEMENT CONFERENCE**
  v.

CENTRAL INTELLIGENCE AGENCY, et al.,

        Defendants.

_____/

      In light of the parties' pending motions for summary judgment and plaintiff's pending

Motion to Modify Stipulation and Order Dismissing Certain Pending Claims, the Case

Management Conference scheduled for May 22, 2009 is hereby CONTINUED to August 7,

2009 at 10:30 a.m.  A Joint Case Management Statement shall be filed no later than July

31, 2009.

      **IT IS SO ORDERED.**

Dated: May 18, 2009

                                   MAXINE M. CHESNEY
                                   United States District Judge