TONY WEST
Assistant Attorney General

JOSEPH P. RUSSIONIELLO
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
CARLOTTA P. WELLS
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN,<br><br>           Plaintiff,<br><br>     v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>     et al.,<br><br>           Defendant. | Case No. C 06-04643 MMC<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING CASE MANAGEMENT REPORT AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER** |

The parties hereby stipulate to extend the deadline for filing the Joint Case Management Report, which is currently due July 31, 2009, and to continue the case management conference set for August 7, 2009. The bases for this stipulation are as follows:

1. As of March 6, 2009, the following motions were fully briefed and submitted to the Court: defendant's renewed motion for summary judgment; plaintiff's motion for partial summary judgment against defendant Central Intelligence Agency; and plaintiff's motion to modify

stipulation and order dismissing certain pending claims.  These motions address all issues presently outstanding in this case.

    2. By order dated May 18, 2009, the Court set the above-noted case management report and conference dates.

    3. Inasmuch as the Court has yet to issue decisions with respect to the pending motions, it is difficult for the parties to identify the issues that may remain in the case for purposes of drafting and filing a case management report.  Similarly, without knowing the extent to which issues may remain in the case after the Court decides the pending motions, it does not make sense to hold a case management conference.

    4. For these reasons, the parties request that the present deadlines be vacated and that the case management report currently due on July 31, 2009 be deferred until two weeks after the Court rules on the pending motions.  The parties further request that a case management conference be scheduled at the Court's first regular Friday 10:30 a.m. session at least three weeks after the Court rules on the pending motions.

Respectfully submitted,

JOSHUA GERSTEIN                                         TONY WEST
                                                                 Assistant Attorney General

/s/_____                             /s/_____
Plaintiff                                               Carlotta P. Wells
                                                                  Senior Trial Counsel
                                                                  United States Department of Justice
                                                                  Civil Division
                                                                Federal Programs Branch

Dated: July 29, 2009                                    Dated: July 29, 2009

## [PROPOSED] ORDER

Upon consideration of the parties' stipulation, the case management report presently due on July 31, 2009 shall be due ~~two weeks after the Court rules on the pending motion~~s. October 9, 2009. The case management conference, which is presently scheduled for August 7, 2009, is continued to ~~the Court's first regular Friday 10:30 a.m. session at least three weeks after the Court rules on the pending motions~~. October 16, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 30, 2009

_____
MAXINE M. CHESNEY
United States District Judge