TONY WEST
Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director
CARLOTTA P. WELLS
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, ) <br> et al., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C 06-04643 MMC <br> **AND ORDER** <br> **STIPULATION TO EXTEND** <br> **DEFENDANTS' BRIEFING DEADLINE** <br> **FOR FILING RENEWED MOTION** <br> **FOR SUMMARY JUDGMENT AND** <br> **MEMORANDUM IN SUPPORT** <br> **THEREOF** |

    The parties hereby stipulate to a three-week extension, until April 23, 2010, of the April 2, 2010 deadline for defendants' renewed motion for summary judgment, which was set pursuant to the Court's February 23, 2010 Order. The bases for this stipulation are as follows:

    1. On February 23, 2010, the Court issued an Order granting in part and denying in part defendants' renewed motion for summary judgment regarding plaintiff's request to the Department of Justice's Office of Professional Responsibility (OPR) under the Freedom of Information Act (FOIA). Plaintiff's FOIA request sought documents relating to leaks of classified

information. With respect to certain of OPR's withholdings under FOIA exemptions 2, 5, 6, and 7(C), the Court denied the government's motion for summary judgment without prejudice, allowing OPR until April 2, 2010 to file a renewed summary judgment motion.

2. On March 24, 2010, OPR advised defendants' counsel that more time was needed for that component to review the documents at issue, determine the extent to which OPR could produce at least some of the information that has been withheld in response to plaintiff's request, and prepare a revised <u>Vaughn</u> declaration.  OPR further informed counsel that the <u>Vaughn</u> declarant would be out of the office part of the next week and that the OPR attorney will be on leave the week of March 29, 2010.

3. Undersigned counsel also will be on leave the week of March 29.  In addition, once OPR has completed its review of the documents, government counsel intends to discuss with plaintiff the extent to which the parties can narrow the scope of the information at issue.

4. For these reasons, defendants seek a three-week extension of time, or until April 23, 2010, to file a renewed motion for summary judgment.

5. Plaintiff stipulates to the request for a three-week extension of time for defendants to file their papers.

Accordingly, the parties stipulate to extend the defendants' briefing deadline by three weeks, or until April 23, 2010.

Respectfully submitted,

JOSHUA GERSTEIN                                            TONY WEST
                                                          Assistant Attorney General


/s/                                                       /s/
Plaintiff                                                 Carlotta P. Wells
                                                          Senior Trial Counsel
                                                          United States Department of Justice
                                                          Civil Division
                                                          Federal Programs Branch


Dated: March 26, 2010                                     Dated: March 26, 2010

# [PROPOSED] ORDER

Upon consideration of the parties' stipulation, the briefing deadline set by the February 23, 2010 Order is extended by three weeks, to reflect that defendants' renewed motion for summary judgment is due no later than April 23, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 26, 2010    
MAXINE M. CHESNEY
United States District Judge