TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
CARLOTTA P. WELLS
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>    et al.,<br><br>        Defendant. | Case No. C 06-04643 MMC<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEFENDANTS' BRIEFING DEADLINE FOR FILING RENEWED MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF** |

    The parties hereby stipulate to a second extension, for two weeks or until May 7, 2010, of the deadline for defendants to file a renewed motion for summary judgment. The current deadline, pursuant to Stipulation and Order dated March 26, 2010, is April 23, 2010. The bases for this stipulation are as follows:

    1. On February 23, 2010, the Court issued an Order granting in part and denying in part defendants' renewed motion for summary judgment regarding plaintiff's request to the Department of Justice's Office of Professional Responsibility (OPR) under the Freedom of Information Act (FOIA). Plaintiff's FOIA request sought documents relating to leaks of classified information. With respect to certain of OPR's withholdings under FOIA exemptions 2, 5, 6, and

7(C), the Court denied the government's motion for summary judgment without prejudice, allowing OPR until April 2, 2010 to file a renewed summary judgment motion.

2. On March 26, 2010, the parties stipulated to a three-week extension of time, in part due to scheduling issues and in part to allow the parties an opportunity to determine whether it is possible to narrow the scope of the information which remains at issue in this case. The Court approved the Stipulation.

3. OPR has completed its initial review of the pertinent documents and has made a preliminary decision to release some of the information previously withheld in response to plaintiff's FOIA request. OPR also has referred some documents to other components within the U.S. Department of Justice to obtain their approval for the release of certain information.

4. OPR intends to make a new production to plaintiff of the documents responsive to plaintiff's FOIA request. This new production will reflect the determination to release additional information than was produced to plaintiff in OPR's initial responses to his request in September, October, and December 2006. OPR has informed government counsel that the documents will be released in the near future.

5. On April 13, 1010, government counsel and plaintiff discussed the fact that OPR's recent review of the documents responsive to his request would result in the release of additional information. Plaintiff understood that the review was in progress and requested sufficient time after the review was completed to analyze the documents before deciding the extent to which he could agree to narrow the issues that remain pending before the Court. Plaintiff informed government counsel that he would stipulate to an additional two week extension of time for the filing of the government's motion for renewed summary judgment.

Accordingly, the parties stipulate to extend the defendants' briefing deadline by two weeks, or until May 7, 2010.

Respectfully submitted,

| | |
|---|---|
| JOSHUA GERSTEIN | TONY WEST<br>Assistant Attorney General |
| /s/_____<br>Plaintiff | /s/_____<br>Carlotta P. Wells<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch |
| Dated: April 22, 2010 | Dated: April 22, 2010 |

## [PROPOSED] ORDER

Upon consideration of the parties' stipulation, the briefing deadline set by the March 26, 2010 Order is extended by two weeks, to reflect that defendants' renewed motion for summary judgment is due no later than May 7, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 22, 2010

*[signature]*
MAXINE M. CHESNEY
United States District Judge