TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
CARLOTTA P. WELLS
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>Defendants. | Case No. C 06-04643 MMC<br><br>**THIRD STIPULATION AND ORDER TO EXTEND DEFENDANTS' BRIEFING DEADLINE FOR FILING RENEWED MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF** |

The parties hereby stipulate to a third extension, for two weeks or until May 21, 2010, of the deadline for defendants to file a renewed motion for summary judgment. The current deadline, pursuant to Stipulation and Order dated April 22, 2010, is May 7, 2010. The bases for this stipulation are as follows:

1. On February 23, 2010, the Court issued an Order granting in part and denying in part defendants' renewed motion for summary judgment regarding plaintiff's request to the

Department of Justice's Office of Professional Responsibility (OPR) under the Freedom of Information Act (FOIA). Plaintiff's FOIA request sought documents relating to leaks of classified information. With respect to certain of OPR's withholdings under FOIA exemptions 2, 5, 6, and 7(C), the Court denied the government's motion for summary judgment without prejudice, allowing OPR the opportunity to file a renewed summary judgment motion.

2. On March 26, 2010, the parties stipulated to a three-week extension of time, in part due to scheduling issues and in part to allow the parties an opportunity to determine whether it is possible to narrow the scope of the information which remains at issue in this case. The Court approved the Stipulation. The parties further stipulated to an additional two-week extension of time on April 22, 2010, which the Court also approved.

3. As indicated in the April 22 Second Stipulation, OPR provided plaintiff with documents responsive to his FOIA request on April 30, 2010. Included among these documents was information that previously had been withheld in response to plaintiff's FOIA requests.

4. On May 3, 4, and 7, 2010, government counsel and plaintiff corresponded through email regarding the released OPR documents. Plaintiff raised several questions, to which government counsel responded. Plaintiff has indicated that the April 30 release appears to resolve at least some of the issues still pending before the Court, but both parties require additional time to precisely define the extent to which they continue to disagree about whether OPR has fully complied with its FOIA obligations.

5. In order to allow the parties ample opportunity to resolve their differences, plaintiff and the government stipulate to an additional two-week extension of time for the filing of the government's motion for renewed summary judgment.

Accordingly, the parties stipulate to extend the defendants' briefing deadline by two weeks, or until May 21, 2010.

Respectfully submitted,

JOSHUA GERSTEIN

/s/
Plaintiff

Dated: May 7, 2010

TONY WEST
Assistant Attorney General

/s/
Carlotta P. Wells
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch

Dated: May 7, 2010

**~~[PROPOSED]~~ ORDER**

Upon consideration of the parties' stipulation, the briefing deadline set by the April 22, 2010 Order is extended by two weeks, to reflect that defendants' renewed motion for summary judgment is due no later than May 21, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:__May 7, 2010____

MAXINE M. CHESNEY
United States District Judge