TONY WEST
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
CARLOTTA P. WELLS
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
Post Office Box 883
Washington D.C. 20044
Tel: (202) 514-4522
Fax: (202) 616-8470
carlotta.wells@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN, ) | Case No. C 06-04643 MMC |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **MOTION HEARING SET FOR** |
| v. ) | **AUGUST 27, 2010** |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | Date: August 27, 2010 |
| et al., ) | Time: 9:00 a.m. |
| ) | Courtroom 7, 19th Floor |
| Defendants. ) | Hon. Maxine M. Chesney |
| _____) | |

   The parties hereby stipulate to continue the hearing currently scheduled for August 27, 2010 on the motions pending before the Court. The bases for this stipulation are as follows:

   1. By the July 26, 2010 Notice of the Court (docket # 143), the motion hearing set for July 30, 2010 was continued until August 27, 2010.

   2. Defendants' counsel has a pre-trial status conference set for that same day in a case pending before the United States District Court for the District of Columbia. The pre-trial status conference was scheduled during the course of a pre-trial conference held on May 26, 2010.

   3. The case pending in the District of Columbia is set for a jury trial beginning September 14, 2010, with additional pre-trial hearings set for September 8, September 10, and September 13, 2010. The trial is expected to last through September 24, 2010.

STIP. TO CONTINUE HEARING DATE
Case No. C 06-04643 MMC

4. As a result of the District of Columbia case, defendants' counsel will not be available for a hearing on the motions pending before this Court until October 8, 2010. The parties agree that the hearing on the pending motions should be continued until that date, or any date after that which is convenient for the Court.

Accordingly, the parties stipulate to continue the hearing on the pending motions until October 8, 2010 or later.

Respectfully submitted,

JOSHUA GERSTEIN                                     TONY WEST
                                                    Assistant Attorney General


/s/_____                                 /s/_____
Plaintiff                                           Carlotta P. Wells
                                                    Senior Trial Counsel
                                                    United States Department of Justice
                                                    Civil Division
                                                    Federal Programs Branch


Dated: August 11, 2010                              Dated: August 11, 2010

STIP. TO CONTINUE HEARING DATE
Case No. C 06-04643 MMC                    -2-

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulation, the August 27, 2010 hearing on the pending motions should be continued until October 8, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 11, 2010

_____
MAXINE M. CHESNEY
United States District Judge