IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. GERSTEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>    Defendants. | No. C-06-4643 MMC<br><br>**ORDER CONTINUING HEARINGS ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT** |

    Before the Court is defendant Department of Justice, Office of Professional Responsibility's Third Renewed Motion for Summary Judgment ("Motion"), set for hearing on December 10, 2010. Plaintiff Joshua Gerstein has filed an opposition and cross-motion for summary judgment ("Cross-Motion"), noticed for hearing on December 24, 2010.

    As plaintiff's proposed hearing date falls on a Court holiday, and as judicial economy would be served by the Court's hearing the two motions together, the Court hereby CONTINUES the hearings on defendant's Motion and plaintiff's Cross-Motion to January 14, 2011 at 10:30 a.m.

    **IT IS SO ORDERED.**

Dated: November 16, 2010

MAXINE M. CHESNEY
United States District Judge