IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. GERSTEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>    Defendants | No. C 06-4643 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT PROPOSED FORM OF JUDGMENT** |

    The Court having resolved all issues remaining in the above-titled action, the parties are hereby DIRECTED to jointly submit, on or before February 4, 2011, a proposed form of judgment. If the parties are unable to agree on a proposed form of judgment, they shall by said date, submit separate proposed forms of judgment and, in a joint statement filed concurrently therewith, advise the Court as to the nature of the disagreement.

    A party's agreement as to the <u>form</u> of judgment is not deemed a waiver of any objection or opposition such party has made to any order(s) on which the judgment is based.

    **IT IS SO ORDERED.**

Dated: January 21, 2011

MAXINE M. CHESNEY
United States District Judge