IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSHUA GERSTEIN, | Case No. C 06-04643 MMC |
| Plaintiff, | ~~PROPOSED~~ JUDGMENT |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | |

This cause, which related to plaintiff's requests for records under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq.*, having been presented to the Court, and the Court having found that: (1) certain defendants should expedite the processing of plaintiff's requests pursuant to the FOIA; and (2) defendants' withholding of documents or portions of documents was consistent with the exemptions set forth in the FOIA, and thus having not ordered the production of any withheld documents or portions of documents in response to plaintiff's requests,

IT IS ORDERED that JUDGMENT is partially awarded to plaintiff regarding the expedited processing of records responsive to his requests by certain defendants; and

IT IS FURTHER ORDERED that JUDGMENT be ordered in favor of defendants with respect to the responses to plaintiff's FOIA requests.

Dated: _____ February 7, 2011

_____
MAXINE M. CHESNEY
United States District Judge